**Opinion issued September 3, 2020**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-20-00549-CV

————————————

**REDBIRD FOOD INCORPORATED D/B/A GRANDY'S SYP-NORTHWEST L.C., SHIRAZ R. POONAWALA, SPARKLE DEVELOPMENT, LLC AND SYP-EMPIRE, L.C., Appellants**

**V.**

**WALLIS BANK F/K/A WALLIS STATE BANK, Appellee**

---

**On Appeal from the County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Case No. 1145702**

---

## MEMORANDUM OPINION

The parties have filed a joint motion to dismiss the appeal. The parties have agreed that they will bear their own appellate costs. *See* TEX. R. APP. P. 42.1(d). No opinion has issued. *See* TEX. R. APP. P. 42.1(c).

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). We direct the Clerk of this Court that costs are to be taxed against the parties who incurred the same. *See* TEX. R. APP. P. 42.1(d). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Goodman, and Countiss.